UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE ANGEL VELA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:12-CV-142 |
| | § | |
| GERALD FORD, *et al*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendants, the Court **DISMISSES THE CASE WITHOUT PREJUDICE**. Should Plaintiff wish to reinstate the claims because the settlement could not be completely documented, he must notify the Court on or before February 10, 2014, and the Court will withdraw this Order.

It is so **ORDERED**.

**SIGNED** this 9th day of January, 2014.

_____
Marina Garcia Marmolejo
United States District Judge